AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

EDWARD FINLEY,

    Petitioner,    **JUDGMENT IN A CIVIL CASE**

V.

    CASE NUMBER: **3:05-cv-00152-KJD-VPC**

CRAIG FARWELL, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED IN ITS ENTIRETY.

   March 28, 2008        **LANCE S. WILSON**
                                              Clerk

                                        /s/ Kalani Lizares
                                           Deputy Clerk